

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH S. FRANKLIN and<br>KATHLEEN FRANKLIN, H/W<br>1604 Oak Avenue<br>Haddon Heights, NJ 08035<br>    v.<br>HARFORD MUTUAL INSURANCE<br>COMPANY<br>200 North Main Street<br>Bel Air, MD 21014-3544 | CIVIL ACTION NO.<br><br>17    947<br><br>JURY TRIAL DEMANDED<br><br>FILED<br>MAR - 1 2017<br>KATE BARKMAN, Clerk<br>By _____ Dep. Clerk |

### COMPLAINT

### FIRST COUNT

1.  Plaintiffs, Joseph S. Franklin and Kathleen Franklin, h/w, are individuals residing at the above referenced address.

2.  Defendant, Harford Mutual Insurance Company (hereinafter referred to as "Harford") is an insurance carrier authorized and duly licensed to do business in the Commonwealth of Pennsylvania and within the City of Philadelphia, having its principal place of business/corporate offices located at 200 North Main Street, Bel Air, MD 21014 - 3544.

3.  Jurisdiction in this action is based upon diversity of citizenship pursuant to 28 U.S.C. §1332(a); the matter in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs. Plaintiffs, Joseph S. Franklin and Kathleen Franklin are citizens of the State of New Jersey. Defendant, Harford Mutual Ins. Co. was at all times material incorporated in the State of Maryland and systematically and regularly conducts business in the Commonwealth of Pennsylvania including the Eastern District of Pennsylvania.



4. Per Harford Mutual's website, they are licensed to write insurance in the District of Columbia and the following states which includes Pennsylvania. Additionally, they have a agency located at 1011 Arch St. Philadelphia, PA . (See attached hereto and marked as Exhibit "A".)

5. At all times material hereto, Plaintiff, Joseph S. Franklin was insured by Harford under an automobile insurance policy issued to Plaintiff's business and employer, Colossus Marble & Granite (hereinafter referred to as "Colossus") containing underinsured motorist coverage (a copy of the Policy Declarations for said policy of insurance is attached hereto and marked as Exhibit "B" . A complete copy of said policy is in the possession of the Defendant, Harford).

6. The aforesaid Policy of Insurance issued by Harford to Plaintiff's business and employer, Colossus, and covering Plaintiff was, at all times material, in full force and effect on the date of the loss, June 3, 2015.

7. On the aforesaid date, at approximately 11:20 a.m. at or about State Highway 130 and Marlton Pike, Pennsauken, New Jersey, Plaintiff, Joseph S. Franklin was involved in a multiple vehicle, chain-type collision and was operating the rear motor vehicle in a line of vehicles when Joseph S. Franklin was suddenly and forcefully struck from behind by an underinsured motorist vehicle, causing the Plaintiff to sustain serious bodily injuries.

8. The aforesaid motor vehicle collision was caused by the carelessness, recklessness and negligence of the operator of the underinsured motor vehicle and consisted of the following:

    (a) Operation of the underinsured motorist's motor vehicle at a high and excessive rate of speed under the circumstances;

2

      (b)    Failure to have the underinsured motorist's motor vehicle under proper and adequate control under the circumstances;

      (c)    Failure to have due regard for the point and position of the motor vehicle occupied by the plaintiff;

      (d)    Failure to sound warning of approach from behind;

      (e)    Violation of the pertinent rules of the road, statutes and ordinances;

      (f)    Otherwise failing to exercise due care under the circumstances.

9.    As a result of the aforesaid accident, the Plaintiff, Joseph S. Franklin sustained serious injuries in and about his head, body and extremities, including, but not limited to, lumbar disc herniation at L4-L5 necessitating an invasive surgical procedure: an L4-L5 microdiscectomy, lumbar radiculitis, aggravation of disc disease at T12-L1, L1-L2, L2-L3, L5-S1, cervical sprain and strain, thoracic sprain and strain, and a severe shock to the nerves and nervous system, all of which injuries are or may be permanent. Plaintiff has suffered and may continue to suffer great physical pain, serious and permanent injury and mental anguish; Plaintiff has been and may continue to be prevented from attending to plaintiff's usual activities, duties and occupations and has suffered and may continue to suffer a loss of earnings and earning capacity, and Plaintiff has incurred and may continue to incur various medical expenses in and about an effort to cure Plaintiff of the aforesaid injuries, which expenses may exceed the minimum medical benefits and income loss benefits available under applicable state law.

10.    As a result of the aforesaid motor vehicle collision, Plaintiff sustained injuries, damages, and losses with a value in excess of the limits of liability for said underinsured motor vehicle, which were $15,000.00 per person/$30,000.00 per accident.

11. Under the underinsured motorist policy issued by Harford to Colossus and covering the vehicle operated by the Plaintiff, Plaintiff is entitled to recover underinsured motorist benefits from Defendant insurance company.

12. An underinsured motorist claim was promptly made to Harford on behalf of Plaintiff.

13. Plaintiff has fully complied with the terms of the insurance policy issued to Colossus and covering the Plaintiff.

14. The Plaintiff and Harford have failed to agree on the amount of underinsured motorist benefits that Plaintiff is entitled to recover.

**WHEREFORE**, Plaintiffs, Joseph S. Franklin and Kathleen Franklin, h/w, demand judgment against Defendant Harford Mutual Insurance Company in a sum in excess of Seventy Five Thousand ($75,000.00) Dollars.

## SECOND COUNT

## BAD FAITH

15. Plaintiffs hereby incorporate by reference the averments contained in the above paragraphs as if the same were more specifically set forth herein.

16. Plaintiff was an "insured" of Defendant, Harford within the meaning of 42 Pa.C.S.A. Section 8371.

17. Defendant, Harford had a duty to act in/with good faith and fair dealing in handling Plaintiff's underinsurance claim.

18. Harford's duty to act in good faith included, without limitation, the obligation to act with reasonable promptness in evaluating and responding to Plaintiff's claims and

4

with reasonable fairness in the offers that it made to Plaintiff on these claims. There is no dispute in this case that the accident was the fault of the underinsured driver and that Plaintiff is entitled to underinsured motorist coverage under the aforementioned policy with Harford.

19. There was no reasonable basis for the following acts and omissions of Defendant, Harford:

    (a)    failure to properly negotiate Plaintiff's underinsurance claim;

    (b)    failure to properly investigate and evaluate Plaintiff's underinsurance claim;

    (c)    failure to request a defense medical examination of the Plaintiff and;

    (d)    such other acts to be shown through discovery.

20. The Defendant knew or recklessly disregarded the fact that it had no reasonable basis for its above conduct in handling Plaintiff's underinsurance claim.

21. Defendant's conduct in handling Plaintiff's underinsurance claim constituted Bad Faith within the meaning of 42 Pa.C.S.A. Section 8371.

22. Defendant acted in reckless disregard of Plaintiff's claims and rights, and its conduct was willful, wanton, and outrageous.

**WHEREFORE**, Plaintiffs, Joseph S. Franklin and Kathleen Franklin, h/w, demand judgment against Defendant, Harford Mutual Insurance Company in a sum in excess of Seventy Five Thousand ($75,000.00) Dollars.

### THIRD COUNT

### LOSS OF CONSORTIUM

23. The Plaintiff, Kathleen Franklin, hereby incorporates by reference, the allegations contained in Plaintiff's Complaint above, inclusive, as though the same were more fully set forth herein at length.

24. The Plaintiff, Kathleen Franklin, is the wife of the Plaintiff, Joseph S. Franklin.

25. Kathleen Franklin, has been and may continue to be deprived of the services, society, companionship and consortium of Joseph S. Franklin, to Plaintiff wife's great detriment and loss.

**WHEREFORE**, Plaintiffs, Joseph S. Franklin and Kathleen Franklin, h/w, demand judgment against Defendant, Harford Mutual Insurance Company in a sum in excess of Seventy Five Thousand ($75,000.00) Dollars.

LAW OFFICES
BERNARD M. GROSS, P.C.
BY

BERNARD M. GROSS
Attorney I.D.   02571
Two Penn Center
1500 JFK Blvd., Suite 1820
Philadelphia, PA 19102
Phone: 215-561-3600
Fax: 215-561-3000
**Attorney for Plaintiffs**

# EXHIBIT "A"

# FIND AN AGENT

We are licensed to write insurance in the District of Columbia and the following states:

- Delaware
- District of Columbia
- Maryland
- New Jersey

- North Carolina
- Pennsylvania
- Tennessee
- Virginia

To locate an agent in your area, enter your Zip code and click GO.

[_____] [GO]



**Distance**

**Agency**

0.4
L & D Insurance Services, LLC

**Deng's Insurance Services**

1011 Arch Street
Suite 101
Philadelphia, PA 19107

215-829-4438

# EXHIBIT "B"

DEC-CA-06(1)

# The Harford Mutual Insurance Companies
Bel Air, Maryland 21014-3544

**Company:** The Harford Mutual Insurance Company

**Policy Number:** 6053681    **Renewal of:** New

**BUSINESS AUTO COVERAGE**
PART DECLARATIONS

**Named Insured and Mailing Address**

COLOSSUS GRANITE &
416 CRESCENT BLVD
BROOKLAWN, NJ 08030

**Agency Name and Address**

9110-BAS    JOSEPH J SCHIPSI INC.
303 S KINGS HIGHWAY SUITE 5
CHERRY HILL, NJ 08034
8564299558

**Policy Period:** From 10/03/2014 to 10/03/2015 at 12:01 A.M. Standard Time at your mailing address shown above.
In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

---

**FORMS AND ENDORSEMENTS:** See Form Schedule

---

**ITEM TWO:** SCHEDULE OF COVERAGES AND COVERED AUTOS

---

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS + | LIMIT ++ | PREMIUM |
|---|---|---|---|
| LIABILITY | 1 | $300,000 | $3,250 |
| PERSONAL INJURY PROTECTION (or equivalent No-Fault) | 5 | NJ, per form CAHG22 | $103 |
| ADDED PERSONAL INJURY PROTECTION | None | NJ, per form CA 2231 | |
| UNINSURED MOTORISTS | 2 | NJ, $300,000 | $113 |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists) | | | |
| PHYSICAL DAMAGE: | | | |
| Comprehensive Coverage | 2 | * | $324 |
| Collision Coverage | 2 | *** | $1,212 |
| PHYSICAL DAMAGE TOWING AND LABOR | 3 | **** | $1 |

| | | |
|---|---|---|
| | Premiums for Endorsements: | $170 |
| | Total for Surcharges: | $45 |
| (This policy may be subject to final audit)   ESTIMATED TOTAL COST | | $5,218 |

---

\+    COVERED AUTOS (Entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form shows which autos are covered autos.)

++    LIMIT (The most we will pay for any one accident or loss)

+++    Medical Expense and Income Loss Benefits Limit Separately stated in Each Medical Expense and Income Loss Benefits Endorsement

\*    Actual cash value or cost of repair, whichever is less, minus deductible shown in Item Three: Schedule of Covered Autos you own. But no deductible applies to loss caused by fire or lightning. See ITEM FOUR for Hired or Borrowed "Autos".

\*\*\*    Actual cash value or cost of repair, whichever is less, minus deductible shown in Item Three: Schedule of Covered Autos you own. See ITEM FOUR for Hired or Borrowed "Autos".

\*\*\*\*    See Schedule of Covered Autos. Limit applies for Each disablement of a private passenger auto.

(3) POLICY: 6053681 1999/09/01-1.00
ISSUE DATE: 01/22/2015 #1

INSURED COPY

```
------------------------------------------------------------------------
ITEM THREE:        SCHEDULE OF COVERED AUTOS YOU OWN
------------------------------------------------------------------------
```

VEH #1  2011 FORD TRUCK            GARAGED: 08030         TERR: 007  ST: NJ  L/P: No
        VEHICLE ID#: 1FT7X2A65BEA12465                    COST NEW: 33,910
        CLASS: 01189 Light Trucks-Service-0 to 50 Mi-Contr-Others

        COVERAGE                         LIMIT                          PREMIUM
                                   (if not shown elsewhere)
        Liability                                                       $1,182
        Uninsured Motorists                                              $33
        Physical Damage/Comprehensive $500 Deductible                    $97
        Physical Damage/Collision $500 Deductible                        $308
                                   TOTAL VEHICLE PREMIUM                 $1,620

VEH #2  2012 FORD TRUCK            GARAGED: 08030         TERR: 007  ST: NJ  L/P: No
        VEHICLE ID#: 1FT7X2BT9CEA23331                    COST NEW: 38,030
        CLASS: 01189 Light Trucks-Service-0 to 50 Mi-Contr-Others

        COVERAGE                         LIMIT                          PREMIUM
                                   (if not shown elsewhere)
        Liability                                                       $1,182
        Uninsured Motorists                                              $33
        Physical Damage/Comprehensive $500 Deductible                    $103
        Physical Damage/Collision $500 Deductible                        $325
                                   TOTAL VEHICLE PREMIUM                 $1,643

VEH #3  2014 INFINITI              GARAGED: 08035         TERR: 012  ST: NJ  L/P: No
        VEHICLE ID#: JN8CS1MW3EM410839                    COST NEW: 46,400
        CLASS: 7391 Private Passenger

        COVERAGE                         LIMIT                          PREMIUM
                                   (if not shown elsewhere)
        Liability                                                       $741
        Personal Injury Protection                                       $103
           Extended Medical Expense       $10,000
           Limitation on Lawsuit
        Uninsured Motorists                                              $47
        Physical Damage/Comprehensive $500 Deductible                    $124
        Physical Damage/Collision $500 Deductible                        $579
        Towing & Labor $50 per Disablement                               $1
                                   TOTAL VEHICLE PREMIUM                 $1,595

```
------------------------------------------------------------------------
ITEM FOUR:        SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS
```

    LIABILITY COVERAGE - RATING BASIS, COST OF HIRE.
    Cost of hire means the total amount you incur for the hire of "autos" you don't own
    (not including "autos" you borrow or rent from your partners or "employees" or their
    family members). Cost of hire does not include charges for services performed
    by motor carriers of property or passengers.

    Estimated Cost of Hire: (if any)                      Premium: $74

    PHYSICAL DAMAGE COVERAGE      - No Coverage applies on this policy.

```
------------------------------------------------------------------------
ITEM FIVE:        SCHEDULE FOR NON-OWNERSHIP LIABILITY
```

    Named Insured's Business Other Than Garage Service Operations And
    Other Than Social Service Agencies
    Rating basis, Number of employees: 3                  Premium: $71
```
------------------------------------------------------------------------
```

(4) POLICY: 6053681 1999/09/01-1.00
ISSUE DATE: 01/22/2015 #1


```
-------------------------------------------------------------------------------
IMPORTANT NOTICES TO POLICYHOLDERS
-------------------------------------------------------------------------------
    ILMS08-2        NOTICE TO POLICYHOLDERS EXCLUSION OF TERRORISM COVERAGE
    NJCA01  (0311)  NEW JERSEY COMMERCIAL AUTO SELECTION FORM


-------------------------------------------------------------------------------
                        COMMERCIAL AUTOMOBILE FORM SCHEDULE
-------------------------------------------------------------------------------
FORMS AND ENDORSEMENTS APPLYING TO AND MADE A PART OF THIS POLICY AT TIME OF ISSUE:
-------------------------------------------------------------------------------
    CA0001  (0310)  BUSINESS AUTO COVERAGE FORM
    CA0184  (0995)  NEW JERSEY CHANGES - PHYSICAL DAMAGE INSPECTION
    CA0188  (0608)  NEW JERSEY CHANGES
    CA2114  (0208)  NEW JERSEY UNINSURED AND UNDERINSURED MOTORISTS COVERAGE
    CA2386  (0106)  EXCLUSION OF TERRORISM ABOVE MINIMUM STATUTORY LIMITS
    CA2394  (0306)  SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE
    CAHG22  (1113)  NEW JERSEY PERSONAL INJURY PROTECTION
    CAIN01  (1210)  COMMERCIAL AUTO COVERAGE FORM INDEX
    IL0021  (0908)  NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM)
    IL0141  (0908)  NEW JERSEY CHANGES - CIVIL UNION
    IL0208  (0907)  NEW JERSEY CHANGES - CANCELLATION AND NONRENEWAL
    CAHG17  (0510)  AUTO ADDITIONAL COVERAGE ENDORSEMENT..........................170.00
    CA9923  (0310)  RENTAL REIMBURSEMENT COVERAGE
                        Any One Day: $30
                        No. of Days: 30
                        Any One Period: $900
                        Comprehensive: No
                    Specified Cause Of Loss: No
                            Collision: No
                            Vehicle #3 2014 Infiniti

-------------------------------------------------------------------------------
                        SURCHARGES APPLIED TO THIS POLICY
-------------------------------------------------------------------------------
NJ Property-Liability Insurance Guaranty Association Surcharge......................45.00
```

(5) POLICY: 6053681 1999/09/01-1.00
ISSUE DATE: 01/22/2015 #1

JS 44 (Rev. 12/07)      **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**17 947**

### I. (a) PLAINTIFFS
Joseph S. Franklin and Kathleen Franklin

### DEFENDANTS
Harford Mutual Insurance Company

**(b)** County of Residence of First Listed Plaintiff: Camden
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Harford
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Offices Bernard M. Gross P.C. 1500 JFK Blvd., Suite 1820, Philadelphia, PA 19102 (215) 561-3600

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: 28 USC §1332(a)

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 175,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 2 24 17
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

MAR - 1 2017

**UNITED STATES DISTRICT COURT**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

17  947

Address of Plaintiff: _____1604 Oak Ave Haddon Heights, NJ 08035_____

Address of Defendant: _____200 North Main St., Bel Air, MD 21014_____

Place of Accident, Incident or Transaction: _____State Highway 130 and Marlton Pike, Pennsauken, NJ_____
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   NoX

Does this case involve multidistrict litigation possibilities?   Yes☐   NoX

RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   NoX

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   NoX

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   NoX

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   NoX

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. Diversity Jurisdiction Cases:
1. X Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify)

**ARBITRATION CERTIFICATION**
(Check Appropriate Category)

I, ____BERNARD M. GROSS____, counsel of record do hereby certify:
X Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: ____2/24/17____         _____         ____02571____
                               BERNARD M. GROSS, Attorney-at-Law         Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: ____2/24/17____         _____         ____02571____
                               BERNARD M. GROSS Attorney-at-Law         Attorney I.D.#

CIV. 609 (6/08)

MAR - 1 2017

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Joseph S. Franklin and Kathleen Franklin (h/w) : Civil Action No.
V. :
Harford Mutual Insurance Company :

17    947

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                                ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                                      ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.          ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                               ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                                  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.                     (X)

| 2/24/17 | **BERNARD M. GROSS** | |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for Plaintiffs** |
| | 215-561-3000 | |
| 215-561-3600 | | Susang@bernardmgross.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

MAR -1 2017

